**23 So.2d 880**

### Ruby Lee GILBREATH v. BOARD OF TRUSTEES, University of Alabama.

#### 6 Div. 404.

Supreme Court of Alabama.
Dec. 13, 1945.

Jackson, Rives & Pettus, of Birmingham, for appellant.

Benners, Burr, Stokely & McKamy, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

**25 So.2d 855**

### GULF, MOBILE & OHIO RAILROAD CO. v. R. A. SOSSAMAN.

#### 1 Div. 248.

Supreme Court of Alabama.
April 2, 1946.

McCorvey, Turner & Rogers, of Mobile, for appellant.

Johnston, McCall & Johnston, of Mobile, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

**24 So.2d 918**

### A. L. HAAS v. Harriett GARRETT.

#### 7 Div. 855.

Supreme Court of Alabama.
Feb. 6, 1946.

L. L. Crawford and C. A. Wolfes, both of Fort Payne, for appellant.

Scott & Dawson, of Fort Payne, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

**23 So.2d 881**

### Edna Jane HALLMAN v. Harmon Ganus HALLMAN.

#### 6 Div. 239.

Supreme Court of Alabama.
Nov. 13, 1945.

Reuben H. Wright, of Tuscaloosa, for appellant.

Jas. A. McCollum, of Tuscaloosa, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

**23 So.2d 881**

### HOUSING AUTHORITY OF BIRMINGHAM DISTRICT v. TITLE GUARANTEE LOAN & TRUST CO. et al.

#### 6 Div. 253.

Supreme Court of Alabama.
Oct. 1, 1945.

W. H. Sadler, Jr., of Birmingham, for appellant.

Horace C. Wilkinson, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed by agreement.